UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16CR1178 |
| --- | --- |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| RAFAEL HERRERA-LOPEZ | |
| Defendant. | |

FILED
16 DEC -7 PM 2:52
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY   ML   DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

__ of the offense(s) as charged in the Indictment/Information:

21 USC 952, 960 – Importation of Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 12/7/2016

Hon. M. James Lorenz
United States District Judge